UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                              CASE NO. 10-2001-O'SULLIVAN

WILLIAM FILS COLES,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF BOND

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion for Disbursement of Bond. The Court having reviewed the motion, and the conditions of the cash/appearance bond of WILLIAM FILS COLES, Defendant in the above-styled cause, having been fully complied with, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that: Defendant's Unopposed Motion for Disbursement of Bond is **GRANTED**.

**FURTHER ORDERED** that the Clerk of this Court do forthwith disburse the case bail/bond posted, in the amount of $5,000.00 Dollars plus any interest accrued to attorney Manuel Gonzalez, Jr.

**DONE AND ORDERED** this 9th day of February, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies to: Manuel Gonzalez, Jr.
          Aimee Jimenez, AUSA
          Financial Deputy Clerk